**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bryan Feller, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08-cv-030 |
| National Action Financial | ) | |
| Services, Inc., a Georgia | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Plaintiff's "Motion for Dismissal with Prejudice" filed on July 14,

2009.  See Docket No. 24.  The Plaintiff requests a dismissal pursuant to Rule 41 of the Federal

Rules of Civil Procedure and does not request an award of costs or attorneys' fees.  The parties have

settled the case.  The Court **GRANTS** the Plaintiff's motion (Docket No. 24) and **ORDERS** that

the action be dismissed with prejudice and without costs pursuant to Rule 41 of the Federal Rules

of Civil Procedure.

   **IT IS SO ORDERED**.

   Dated this 17th day of July, 2009.

                                        */s/ Daniel L. Hovland*
                                        Daniel L. Hovland, Chief Judge
                                        United States District Court